IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GANNY GEORGE MUSTAPHA,<br><br>                              Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Respondent. | Criminal Action Number 3:02CR096-JRS |

## **FINAL ORDER**

THIS MATTER comes before the Court on Petitioner Ganny George Mustapha's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255. For the reasons stated in the accompanying Memorandum Opinion, Petitioner's Motion is hereby DENIED and shall be DISMISSED from the Court's docket.

Petitioner is reminded that he may appeal this Order but he must do so within thirty (30) days after entry of the Order. Any appeal must proceed in accordance with Rule 22 of the Rules of Appellate Procedure and 28 U.S.C. § 2253.

Let the Clerk send a copy of this Order to Mr. Mustapha and counsel for the United States.

It is SO ORDERED.

ENTERED this <u>6th</u> day of JUNE, 2005

                                                                                 /s/ James R. Spencer
                                                                                 UNITED STATES DISTRICT JUDGE